958

No. 89–5687. TYREE ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 89–5693. KERRIS *v.* UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT. C. A. 11th Cir. Certiorari denied.

No. 89–5695. CORDERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5696. RIGDON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5716. CORDEIRO *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–5744. JUSTICE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5750. HIMITOLA ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89–5760. MORALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5764. FRITZ *v.* BARKER, JUDGE, KENTUCKY CIRCUIT COURT AT FAYETTE, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 89–5766. MONSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–1042. FERNANDEZ *v.* FERNANDEZ. Sup. Ct. Conn. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 89–280. ESTATE OF LEAVITT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–282. COMBINED INSURANCE COMPANY OF AMERICA *v.* AINSWORTH. Sup. Ct. Nev. Certiorari denied. JUSTICE WHITE would grant certiorari.